*Order of Discipline Modified February 26, 1986:*

GRIEVANCE ADMINISTRATOR v NICKELS, No. 77547. Pursuant to MCR 9.122(D), in lieu of granting leave to appeal, the Attorney Discipline Board's order of discipline of September 27, 1984, to provide that respondent's license to practice law is suspended for a period of three years from the effective date of the board's orders is modified. In all other respects leave to appeal is denied.

*Leave to Appeal From Attorney Discipline Board Denied March 5, 1986:*

GRIEVANCE ADMINISTRATOR v MORTON, No. 77136. Leave to appeal as cross-appellant is considered and, pursuant to MCR 7.302(F)(1), in lieu of granting leave to appeal, the period of suspension is increased from sixty days to ninety days.

Reconsideration denied May 28, 1986.

*Rehearings Denied March 6, 1986:*

PEOPLE v ROBERT THOMPSON, No. 73206. Reported *ante,* 118.

VALENTINO v OAKLAND COUNTY SHERIFF and VALENTINO v OAKLAND COUNTY TREASURER, Nos. 74691, 75239. Reported *ante,* 310.

*Certified Question Accepted March 14, 1986:*

In re CERTIFIED QUESTION, DUFFY v FOLTZ, No. 78017. The request to answer the question certified by the United States Court of Appeals for the Sixth Circuit is accepted pursuant to MCR 7.305(b); to be placed on the next available session calendar for oral argument and submission. (The order of March 5, 1986, declining to answer the question is vacated on reconsideration on the Court's own motion.)

*Rehearing Denied March 17, 1986:*

GAGNON v DRESSER INDUSTRIES, INC, No. 72596. Reported ante, 166.

*Order Entered March 18, 1986:*

STEPHENSON v ASSOCIATED GENERAL INSURANCE COMPANY, No. 77842. The certification by the Court of Appeals pursuant to Administrative Order 1984-2 that its decision in this case conflicts with its decision in *Caplan v DAIIE,* 102 Mich App 354; 301 NW2d 471 (1980), is considered and, in the absence of an application for leave to appeal, the Supreme Court declines to take further action. Reported below: 148 Mich App 1.

ARCHER, J., would grant leave to appeal.